| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Timothy R. Chatmon |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Texas (State) |
| Case number | 15-32566 |

## Official Form 410S1

# Notice of Mortgage Payment Change   12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC As Serviced by Specialized Loan Servicing LLC

**Court claim no.** (if known): 1

**Last four digits** of any number you use to identify the debtor's account: 7343

**Date of payment change:** Must be at least 21 days after date of this notice   04/01/2016

**New total payment:** Principal, interest, and escrow, if any   $1,714.73

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $649.87     **New escrow payment:** $1,082.89

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** ____%     **New interest rate:** ____%
   **Current principal and interest payment** $ ____     **New principal and interest payment:** $ ____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
   **Reason for change:** ____
   **Current mortgage payment:** $ ____     **New mortgage payment:** $ ____

| Debtor 1 | Timothy R. Chatmon | Case Number *(if known)* | 15-32566 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐   I am the creditor.

☒   I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Carlos Hernandez-Vivoni          Date   03/07/2016
Signature

Print:   Carlos Hernandez-Vivoni                    Title   Authorized Agent for Specialized Loan Servicing LLC
         First Name   Middle Name   Last Name

Company   Buckley Madole, P.C.

Address   14841 Dallas Parkway, Suite 300
          Number            Street

          Dallas, Texas  75254
          City        State       Zip Code

Contact phone   (972) 643-6600          Email   POCInquiries@BuckleyMadole.com

Certificate of Service

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on March 8, 2016

Debtor's Attorney Information
    Christopher Todd Morrison
    Attorney at Law
    1306 Dorothy Street
    Houston, Texas  77008

Debtors Information
    Timothy Chatmon
    3115 Holly Ranch Dr
    Katy, Texas 77494

Chapter 13 Trustee Information
    David G. Peake
    9660 Hillcroft, Suite 430
    Houston, Texas 77096-3856

Respectfully Submitted,

/s/ Carlos Hernandez-Vivoni